IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01663-BNB

GUILLERMO ORTIZ,

    Applicant,

v.

DEBORAH DENHAM,

    Respondent.

---

ORDER TO DRAW

---

    Applicant, Guillermo Ortiz, is a prisoner in the custody of the Federal Bureau of Prisons (BOP) at the Federal Correctional Institution Englewood in Littleton, Colorado. Applicant initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that challenges the BOP's calculation of his sentence. In an order filed on August 5, 2014, Magistrate Judge Boyd N. Boland directed Respondent to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies. On September 5, 2014, Respondent filed a Preliminary Response (ECF No. 17). Applicant filed a Reply (ECF No. 20) on September 18, 2014.

    Respondent asserts that the Application should be denied because Applicant has failed to exhaust administrative remedies. Respondent contends that Applicant did not file an appeal with the Central Office because the Central Office never received or filed

any appeal from Applicant.  Applicant asserts in a notarized affidavit attached to his Reply that he completed his BP-11 appeal and that "the envelope containing the BP-11 was weighed; the applicable stamps were applied; and the envelope containing the BP-11 was dropped into the Englewood Institution's mailing box on March 29, 2014." (ECF No. 20 at 8.)  Applicant also submitted a copy of the BP-11 form signed on March 29, 2014.

Therefore, based on Applicant's Reply and supporting documentation, a genuine issue of material fact exists as to whether Mr. Ortiz's administrative remedies should be considered exhausted.  Accordingly, after review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a presiding judge, and when applicable to a magistrate judge.  See D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, and when applicable to a magistrate judge.

DATED September 25, 2014, at Denver, Colorado.

                BY THE COURT:

                 s/ Boyd N. Boland
                United States Magistrate Judge