IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01663-CBS

**GUILLERMO ORTIZ**,
    Applicant,
v.

**DEBORAH DENHAM**,
    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Craig B. Shaffer, United States Magistrate Judge, on June 2, 2015, it is

    **ORDERED** that **JUDGMENT** is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 2nd day of June, 2015.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/N. Marble
                  Deputy Clerk